IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**UNITED STATES OF AMERICA**,

No. 09-MC-9043-BR

Plaintiff,

**ORDER**

v.

**OF DISMISSAL**

**SCHWABE, WILLIAMSON & WYATT, P.C.**,

Defendant.

The Stipulated Motion (#23) of the parties to dismiss this action is GRANTED;

This matter is DISMISSED with prejudice and without costs or attorney fees to any party.

Dated this ___20th___ day of July, 2009.

\_\_\_/s/ Anna J. Brown_____
Anna J. Brown
United States District Judge

ORDER OF DISMISSAL